1002

No. 00–387. GERBER PRODUCTS CO. *v.* TYLKA ET AL. C. A. 7th Cir. Motion of Chamber of Commerce of the United States et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 00–6048. TROBAUGH *v.* KELLY ET AL. C. A. 8th Cir. Motion of petitioner to consolidate this case with No. 99–9136, *Daniels* v. *United States* [certiorari granted, 530 U. S. 1299], denied. Certiorari denied.

No. 00–6765 (00A362). CHAMBERS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 99–1818. RAMBACHER ET VIR *v.* COMMISSIONER OF INTERNAL REVENUE, 530 U. S. 1244;
No. 99–1826. OYE *v.* RAILROAD RETIREMENT BOARD, *ante*, p. 814;
No. 99–1903. MOORE *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, *ante*, p. 817;
No. 99–1911. CHI-MING CHOW *v.* MICHIGAN ATTORNEY GRIEVANCE COMMISSION (two judgments), *ante*, p. 818;
No. 99–1928. TARAWALY *v.* FARREY, WARDEN, 530 U. S. 1277;
No. 99–9265. BURNETT *v.* GREEN, 530 U. S. 1266;
No. 99–9377. PETERSON *v.* FLORIDA, *ante*, p. 831;
No. 99–9423. WOODBURY *v.* STEIN MART, INC., *ante*, p. 832;
No. 99–9480. ANCRUM *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 834;
No. 99–9546. KEITH *v.* UNITED STATES, 530 U. S. 1249;
No. 99–9754. CARTER *v.* LEE, WARDEN, *ante*, p. 843;
No. 99–9871. CARTER *v.* UNITED STATES, *ante*, p. 848;
No. 99–9928. MERCER *v.* UNITED STATES, *ante*, p. 851;
No. 99–9963. DRANE *v.* GEORGIA, *ante*, p. 853;
No. 99–10068. PITTS *v.* GEARINGER, WARDEN, *ante*, p. 859;
No. 99–10081. REED *v.* LEONARD, WARDEN, *ante*, p. 859;
No. 00–87. JACKSON *v.* LACHANCE, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, ET AL., *ante*, p. 875;

No. 00–158.  BROWN *v.* ADIDAS USA, INC., AKA ADIDAS AMERICA, INC., *ante,* p. 878;

No. 00–5104.  VINCZE *v.* HICKMAN, WARDEN, *ante,* p. 886;

No. 00–5109.  LARSON *v.* COYLE, WARDEN, *ante,* p. 886;

No. 00–5214.  MILLS *v.* BRICE ET AL., *ante,* p. 892; and

No. 00–5657.  GUANIPA *v.* PARKS, WARDEN, ET AL., *ante,* p. 912. Petitions for rehearing denied.

NOVEMBER 14, 2000

No. 00A440.  CHAMBERS *v.* SCHRIRO ET AL.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 00–7004 (00A431).  IN RE CHAMBERS.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 00–6925 (00A414).  CHAMBERS *v.* MISSOURI.  Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 15, 2000

No. 00A432.  SNYDER, WARDEN, ET AL. *v.* WEEKS.  Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Third Circuit on November 13, 2000, presented to JUSTICE SOUTER, and by him referred to the Court, granted.  JUSTICE STEVENS and JUSTICE BREYER would deny the application to vacate the stay of execution.

No. 00–6953.  WEEKS *v.* SNYDER, WARDEN.  C. A. 3d Cir. Certiorari denied.

NOVEMBER 16, 2000

No. 00A347 (00–6677).  PENRY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVI-